**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sara Amanda Anglin a/k/a Sara Amanda Bailey and
Clayton Thomas Anglin, Defendants,


Of whom Clayton Thomas Anglin is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-001506

———————

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

———————

Unpublished Opinion No. 2022-UP-176
Submitted April 14, 2022 – Filed April 21, 2022

———————

**AFFIRMED**

———————

Vernon Bailey Atkins, III, of Atkins Law Firm, P.A., of
Greenville, for Appellant.

Rebecca Rush Wray, of South Carolina Department of
Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:** Clayton Thomas Anglin appeals the family court's final order terminating his parental rights to three of his minor children and ordering a permanent plan of relative placement for two of his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987),[1] we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Anglin's counsel.

**AFFIRMED.**[2]

**GEATHERS and HILL, JJ., and LOCKEMY, A.J., concur.**

---

[1] *See also S.C. Dep't of Soc. Servs. v. Downer*, S.C. Sup. Ct. Order dated Feb. 2, 2005 (expanding the *Cauthen* procedure to situations when "an indigent person appeals from an order imposing other measures short of termination of parental rights").

[2] We decide this case without argument pursuant to Rule 215, SCACR.